UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *Plaintiff,* v. U.S. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Action No. 20-1947 (TSC) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendants, Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI")—both components of the U.S. Department of Justice—and the Office of Director of National Intelligence ("ODNI"), respectfully submit the following Joint Status Report pursuant to the Court's Minute Order of January 15, 2021. There are three separate Freedom of Information Act ("FOIA") requests at issue in this matter.

OIP Request:

OIP issued its first interim production in response to this FOIA request on March 12, 2021. OIP has completed the portions of its supplemental search that needed to be conducted onsite and have identified no additional potentially responsive records. There remain a small number of records that are still in the consultation process and OIP anticipates it will be able to make a final determination around May 17, 2021.

FBI Request:

The FBI is on track to issue a release of non-exempt information by/on June 18, 2021.

As previously reported, due to the classification of these records they must undergo several layers of reviews. The FBI is continuing its efforts to resolve technical difficulties with some records in order to complete its responsiveness review. The time needed to complete the first production in this case is due to not only the classification of the responsive records but also due to workplace disruptions caused by the COVID-19 pandemic which has impacted the FBI's FOIA processing. The FBI's Records Information Dissemination Section ("RIDS") is the FBI component responsible for responding to FOIA requests. The COVID-19 pandemic has caused intermittent closures of RIDS's facilities and unpredictable changes in RIDS's workforce that impact RIDS's ability to process FOIA requests. Specifically, on December 7, 2020, RIDS reduced to a 50% staffing posture, and remains at the posture, to ensure the health and safety of its employees in light of the COVID-19 pandemic. The FBI returned to normal staffing levels as of April 11, 2021, and is working as quickly as possible to manage its backlog of FOIA requests and competing FOIA litigation deadlines.

ODNI Request:

ODNI indicates it is locating a large volume of records. The parties are discussing possibilities of how to narrow the scope of the request.

\*   \*   \*

Defendants do not currently anticipate filing a motion pursuant to *Open America*. The parties agree that it is too early to determine whether Defendants will need to prepare a *Vaughn* Index or whether summary judgment will be needed. The parties propose filing a further joint status report on or before, May 19, 2021, to apprise the Court of Defendants' searches and production timelines if applicable.

*   *   *

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Orfanedes | CHANNING D. PHILLIPS, |
| Paul J. Orfanedes | D.C. Bar #415793 |
| D.C. Bar No. 427916 | Acting United States Attorney |
| Judicial Watch, Inc. | |
| 425 Third Street, SW Suite 800 | BRIAN P. HUDAK |
| Washington, D.C. 20024 | Acting Chief, Civil Division |
| (202) 646-5172 | |
| Porfanedes@judicialwatch.org | By:/s/ Kathleene Molen |
| | KATHLEENE MOLEN |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | United States Attorney's Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 803-1572 |
| | Email:   Kathleene.Molen@usdoj.gov |
| | |
| | *Counsel for Defendants* |

Dated: April 19, 2021