UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>        *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>        *Defendants*. | Civil Action No. 20-1947 (TSC) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendants, Office of Information Policy ("OIP") and the Federal Bureau of Investigation ("FBI") – both components of the U.S. Department of Justice – and the Office of the Director of National Intelligence ("ODNI"), respectfully submit this Joint Status Report pursuant to the Court's Minute Order of January 15, 2021.

1. At issue are nearly identical Freedom of Information Act ("FOIA") requests served on OIP, the FBI, and ODNI on May 12, 2020. The requests seek records about a January 5, 2017 Oval Office meeting between former Deputy Attorney General Sally Yates, former Director of National Intelligence James Clapper, former CIA Director John Brennan, former FBI Director James Comey, then-President Barak Obama, and others. The time frame of the request is December 1, 2016 to January 31, 2017. Plaintiff filed suit on July 12, 2020, when the agencies failed to issue determinations on the requests within the time period required by law. This is the parties' eleventh status report. Their last status report was filed on August 20, 2021.

2. OIP made its first interim production on March 12, 2021 and issued its final production on May 18, 2021.

3. The FBI made a first interim production on June 17, 2021. The remaining records identified by the FBI required consultation with another government agency. The consultation is completed, but the pages are undergoing several layers of internal review. The FBI anticipates releasing non-exempt information by January 31, 2022. This will be the final production for the FBI, notwithstanding any subsequent consults from other government agencies.

4. ODNI initially identified a large volume of potentially responsive records. After discussions between the parties, Plaintiff agreed on April 14, 2021 to exclude news clippings from the universe of potentially responsive documents. On August 17, 2021, ODNI asked Plaintiff to identify custodians, by name or by position, whose records Plaintiff wanted ODNI to search and to provide search terms. On August 26, 2021, Plaintiff provided ODNI with the requested custodians and search terms. The initial searches run by ODNI resulted in approximately 430 potentially responsive records. ODNI is in the process of reviewing those records for responsiveness. Where appropriate, ODNI has begun referring records that contain other agency equities for inter-agency review. Because ODNI does not control other agencies' timing in providing a response, it cannot yet estimate a first production date. However, it remains committed to proceeding as quickly as practicable under these circumstances.

5. The parties propose that they file another joint status report on or before February 7, 2022, which would be one week after the FBI's anticipated final production.

- 3 -

Dated: November 19, 2021

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 427916
Judicial Watch, Inc.
425 Third Street, SW Suite 800
Washington, D.C. 20024
Telephone: (202) 646-5172
Email:   Porfanedes@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

 */s/ Sean M. Tepe*
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov
*Counsel for Defendants*